**92–1605.** Rudd v. Xenia. *Greene County*, No. 91CA78.
SWEENEY, J., dissents.

**92–1610.** Lyon v. Jeep Corp. *Cuyahoga County*, No. 60755.
WRIGHT and RESNICK, JJ., dissent.
H. BROWN, J., not participating.

**92–1613.** State ex rel. Welch v. Mihm. *Franklin County*, No. 91AP–1472.
MOYER, C.J., dissents.

**92–1616.** State v. Black. *Stark County*, No. CA–8739.

**92–1622.** Toledo Fire Fighters Assn., Local 92 v. Toledo. *Lucas County*, No. L–91–404.
WRIGHT and H. BROWN, JJ., dissent.
RESNICK, J., not participating.

**92–1637.** Walden v. State. *Franklin County*, No. 91AP–1147.

**92–1652.** Hoover v. Metro. Property & Liability Ins. Co. *Lucas County*, No. L–91–289.
DOUGLAS and RESNICK, JJ., dissent.

## REHEARING DOCKET

**91–641.** Hybud Equip. Corp. v. Sphere Drake Ins. Co., Ltd. *Summit County*, No. 14597. Reported at 64 Ohio St.3d 657, 597 N.E.2d 1096. On motion for rehearing. Rehearing denied.
JUDITH A. CHRISTLEY, J., of the Eleventh Appellate District, sitting for HOLMES, J.

**92–228.** Diamond Club v. Ins. Co. of N. Am. Certified Question of State Law, No. 913277. Reported at 65 Ohio St.3d 1405, 598 N.E.2d 1159. On motion for rehearing. Rehearing denied.

**92–426.** Toledo Bar Assn. v. Leizerman. Reported at 64 Ohio St.3d 669, 597 N.E.2d 1104. On motion for rehearing. Rehearing denied.
DOUGLAS and H. BROWN, JJ., dissent.
RESNICK, J., not participating.

**92–439.** Bank One, Columbus, N.A. v. O'Brien. *Franklin County*, Nos. 91AP–165 and 91AP–440. Reported at 64 Ohio St.3d 1412, 593 N.E.2d 3. On motion for rehearing. Rehearing denied.
H. BROWN, J., not participating.

**92–768.** Warren v. Brake. *Trumbull County*, Nos. 91–T–4513 and 91–T–4553. Reported at 65 Ohio St.3d 1407, 598 N.E.2d 1160. On motion for rehearing. Rehearing denied.

**92–938.** Tillimon v. Whitten. *Lucas County*, No. L–91–431. Reported at 65 Ohio St.3d 1412, 598 N.E.2d 1164. On motion for rehearing. Rehearing denied.
RESNICK, J., not participating.

**92–1458.** State v. Tribble. *Montgomery County*, No. 12947. Reported at 65 Ohio St.3d 1410, 598 N.E.2d 1163. On motion for rehearing. Rehearing denied.